TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00421-CR

Tajah Clinton, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NOS. 0961338, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a judgment of conviction for possession of a controlled substance: 
cocaine. Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: December 5, 1996

Do Not Publish